LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:    415.882.3290
Facsimile:    415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID OPPENHEIMER

Douglas A. Prutton (SB 118300)
LAW OFFICE OF DOUGLAS A. PRUTTON
1985 Bonifacio Street, Suite 101
Concord, CA 94520
(925) 677-5080

Defendant In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>DOUGLAS A. PRUTTON,<br><br>            Defendant. | Case No. 21-cv-01382-NC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING DECISION BEFORE THE COPYRIGHT CLAIMS BOARD** |

It is hereby stipulated by and between the parties, through their counsel, as follows:

A. This action was filed on February 25, 2021 ("Action").

B. The case is presently scheduled for a Pretrial Conference on May 4, 2022 and for trial on May 16, 2022.

C. The parties wish to stay the Action and refer the claim of copyright infringement to the Copyright Claims Board and its decision-making procedure under the Copyright Alternative in Small-Claims Enforcement ("CASE") Act, 17 U.S.C. Section 1501 et seq.

D. The Copyright Office has been directed to begin having the Copyright Claims Board accept claims under the new law by no later than June 25, 2022.

E. Upon entry of this order, Plaintiff agrees that his claim for violations of the DMCA under 17 U.S.C. Section 1202 et seq. (such claims not being the subject matter of the CASE Act) shall be deemed dismissed and no longer a claim of Plaintiff's complaint.

F. The parties have agreed that the award of the Copyright Claims Board, if any, shall be the entire award of any judgment in this Action, thereby resolving all claims in the Action.

G. Defendant waives personal service of the claim and agrees he may be served with the claim by both mail and email, and agrees there is no right to "opt out" per Section 1506(i).

Dated: April 6, 2022                    LAW OFFICES OF LAWRENCE G. TOWNSEND


                                        */s/Lawrence G. Townsend*
                                        Lawrence G. Townsend
                                        Attorney for Plaintiff
                                        DAVID OPPENHEIMER


Dated: April 6, 2022                    LAW OFFICE OF DOUGLAS A. PRUTTON


                                        */s/Douglas A. Prutton*
                                        Douglas A. Prutton
                                        Defendant


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lawrence G. Townsend, attest to the concurrence in the filing of this Stipulation and [Proposed] Staying Action Pending Decision Before the Copyright Claims Board has been obtained from the signatory, Douglas A. Prutton, Defendant.


Dated:  April 6, 2022                   */s/Lawrence G. Townsend*_____
                                        Lawrence G. Townsend

## ORDER

NOW, THEREFORE, and good causing appearing, it is hereby ordered:

1.  This Action is stayed and referred to the Copyright Claims Board for decision-making;

2.  When the Copyright Claims Board commences accepting claims, Plaintiff shall present his claim to the Board. Plaintiff's claim shall be deemed served when copies are both mailed and emailed to Defendant;

3.  The award of the Copyright Claims Board, if any, shall be the full award subject to any judgment in this Action and thereby resolve all claims in this Action;

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Nathaniel M. Cousins
United States Magistrate Judge