LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:	415.882.3290
Facsimile:	415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OPPENHEIMER, an individual,<br><br>                    Plaintiff,<br><br>       vs.<br><br>DOUGLAS A. PRUTTON,<br><br>                    Defendant. | Case No. 21-cv-01382-NC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff David Oppenheimer and Defendant Douglas A. Prutton ("Defendant"), by and through their attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure that the entire civil action may be and is hereby dismissed with prejudice, with the parties bearing their own attorneys' fees and costs of suit.

Dated: May 19, 2023					LAW OFFICES OF LAWRENCE G. TOWNSEND

							 /s/ Lawrence G. Townsend
							Attorney for Plaintiff
							DAVID GORDON OPPENHEIMER

Dated: May 19, 2023					LAW OFFICE OF DOUGLAS A. PRUTTON

							 /s/Douglas A. Prutton
							Douglas A. Prutton
							Defendant

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lawrence G. Townsend, attest to the concurrence in the filing of this document has been obtained from the signatory, Douglas A. Prutton, Defendant.

Dated: May 19, 2023           /s/Lawrence G. Townsend
                              Lawrence G. Townsend

**ORDER**

Pursuant to stipulation of the parties, and Rule 41(a), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, with the parties to bear their own attorneys' fees and costs.

Dated: May 26, 2023



_____
Hon. Nathanael M. Cousins
United States Magistrate Judge